# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of September, two thousand and seventeen,

_____

Bethpage Water District,

        Plaintiff - Appellant,

v.

Northrop Grumman Corporation, Northrop Grumman
Systems Corporation,

        Defendants - Appellees.

_____

**ORDER**
Docket No. 16-2592

Defendants-appellees' motion to vacate the amicus brief filed on behalf of Long Island Water Conference et al. is DENIED. Defendants-appellees may respond to Amici's arguments at oral argument or in writing in a response brief to be submitted on or before September 28, 2017. If defendants-appellees need additional time to submit a written response, they may request it, but oral argument will proceed as scheduled on September 29, 2017.

Amici's motion for leave to file an amended brief is GRANTED, and the Clerk of the Court shall accept for filing the amended brief attached as Exhibit D to the motion papers.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

